IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2018 JUN 20 AM 10: 48
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:18 CR 313 |
| | ) | Title 8, Sections 1326(a) and (b), |
| JOSEFINO ALVARO LEON-HERRERA, | ) | United States Code |
| Defendant. | ) | |

JUDGE CARR

<u>COUNT 1</u>
(Illegal Re-entry, in violation of 8 U.S.C. §§ 1326(a) and (b))

The Grand Jury charges:

On or about June 5, 2018, in the Northern District of Ohio, Western Division, Defendant JOSEFINO ALVARO LEON-HERRERA, an alien, was found in the United States after previously been convicted of a felony, to wit: Trafficking Marijuana, a felony of the fourth degree, Huron County Common Pleas Court, Case No, CRI-93-620, on or about April 1, 1994, and having been denied excluded, deported, and removed from the United States on prior two occasions, to wit:

    a. On or about April 1, 2003, defendant was removed from the United States to Mexico at the Laredo, Texas port of entry; and

    b. On or about July 16, 2003, defendant was removed from the United States to Mexico at the Hildago, Texas port of entry,

ORIGINAL

not having obtained the express consent of the Attorney General of the United States or Secretary of Homeland Security to apply for readmission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

                                                                     A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.